MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
ANDREA ALVAREZ,               :
                              :
            Plaintiff,        :
                              :
     - v. -                   :
                              :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :   07 Civ. 11319 (JGK)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 25, 2008 to and including May 26, 2008.  This extension is requested in order

to allow the Social Security Administration sufficient time to assess its litigation position in this case. No prior extensions have been requested in this case.

Dated: New York, New York
       February 25, 2008

                                               ANDREA ALVAREZ
                                               Plaintiff pro se
                                               2235 Bathgate Avenue
                                                  Apt.#1A
                                               Bronx, New York  10457
                                               Telephone No.: (718) 733-0757

                                               MICHAEL J. GARCIA
                                               United States Attorney
                                               Southern District of New York
                                               Attorney for Defendant

                               By: _____
                                     SUSAN D. BAIRD
                                     Assistant United States Attorney
                                     86 Chambers Street - 3rd Floor
                                     New York, New York  10007
                                     Telephone No.: (212) 637-2713
                                     Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

3/17/08