☐ ORIGINAL

Koeltl

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
ANDREA ALVAREZ,                   :
                                  :
                Plaintiff,        :
                                  :
        - v. -                    :    STIPULATION AND ORDER
                                  :       OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :    07 Civ. 11319 (JGK)
Social Security,                  :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       April 8, 2008

*[signature: Andrea Alvarez]*
ANDREA ALVAREZ
Plaintiff pro se
2235 Bathgate Avenue
  Apt.#1A
Bronx, New York  10457
Telephone No.: (718) 733-0757

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:
*[signature]*
UNITED STATES DISTRICT JUDGE